# MORIARTY LAW FIRM

Attorneys at Law
864 Broadway
West Long Branch, New Jersey 07764
732-842-7773

Charles M. Moriarty*  Facsimile 732-842-1592
Kevin C. Moriarty
Timothy C. Moriarty
———
 *Certified Criminal Trial Attorney
 *Certified Civil Trial Attorney

November 19, 2018

*via ECF filing*
Honorable Joanne Seybert
U.S. District Court, Eastern New York
100 Federal Plaza
Central Islip, New York 11722

      Re:   U.S.A. v. BENEGAS ET AL.
              17cr00577

Dear Judge Seybert:

    As you may be aware, this firm represents Defendant Tarciscio Ferreira with regard to the above captioned matter. This matter is currently scheduled for sentencing on Friday, December 7, 2018. With consent of Mr. Charles Kelley, US Attorney, we are respectfully requesting an adjournment to March 15, 2019 at 11:30am.

    Thank you very much.

                                    Very truly yours,

                                    *Charles M. Moriarty*
                                    CHARLES M. MORIARTY

CMM/mg
Cc:   Charles Kelley, US Attorney